|   |   |
|---|---|
| 1 | Keith Beauchamp (012434) |
|   | Malvika A. Sinha (038046) |
| 2 | **COPPERSMITH BROCKELMAN PLC** |
|   | 2800 North Central Avenue, Suite 1900 |
| 3 | Phoenix, Arizona 85004 |
|   | T: (602) 381-5493 |
| 4 | kbeauchamp@cblawyers.com |
|   | msinha@cblawyers.com |
| 5 |   |
|   | Joshua J. Bennett (*Admitted pro hac vice*) |
| 6 | **BAKER & HOSTETLER LLP** |
|   | 2850 North Harwood Street, Suite 1100 |
| 7 | Dallas, Texas 75201 |
|   | T (214) 210-1200 |
| 8 | jjbennett@bakerlaw.com |
| 9 | *Attorneys for Defendants* |

# UNITED STATES DISTRICT COURT

# DISTRICT OF ARIZONA

| Eli Lilly and Company, | No. 2:25-cv-03942-MTL |
|---|---|
| Plaintiff, | **DEFENDANTS' NOTICE OF NO CHANGE OF COPYRIGHT, TRADEMARK, OR PATENT INFORMATION** |
| v. |   |
| Strive Pharmacy LLC d/b/a Strike Compounding Pharmacy, et al. |   |
| Defendants. |   |

This Court's January 26, 2026 Minute Order (Doc. 18) states that this case has been designated as a copyright, trademark, or patent case. Defendants hereby note that this lawsuit does not assert any claims pertaining to copyrights, trademarks, or patents; rather, Plaintiff has asserted a single cause of action for false or misleading advertising and promotion pursuant to Section 43(a)(1)(B) of the Lanham Act. *See* Doc. 1 at 48 (complaint); *see also* Doc. 7 (providing notice that "this case does not request the Court to take action as to any copyright, trademark, or patent that would prompt a notice under 35 U.S.C. § 290 or 15 U.S.C. § 1116.").

. . .

. . .

1      RESPECTFULLY SUBMITTED this 26th day of January, 2026.

**COPPERSMITH BROCKELMAN PLC**

By /s/ Malvika A. Sinha
    Keith Beauchamp
    Malvika A. Sinha

**BAKER & HOSTETLER, LLP**

    Joshua J. Bennett (Admitted *Pro Hac Vice*)

*Attorneys for Defendants*